**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                      **Crim. Action No.: 2:20CR45-5**
                                           **(Judge Kleeh)**

**RICHARD ALLEN HOWELL,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 153],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On October 27, 2021, the Defendant, Richard Allen Howell ("Howell"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Six of the Indictment, charging him with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Howell stated that he understood that the magistrate judge is not a United States District Judge, and Howell consented to pleading before the magistrate judge.  This Court referred Howell's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

USA v. HOWELL                                              2:20-CR-45-5

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 153],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Based upon Howell's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Howell was competent to enter a plea, that the plea was freely and voluntarily given, that Howell was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 153] finding a factual basis for the plea and recommending that this Court accept Howell's plea of guilty to Count Six of the Indictment.

The magistrate judge **returned** Defendant to the custody of the State of West Virginia by the U.S. Marshals Service. If Defendant is released from state custody, he shall be released on the Order Setting Conditions of Release previously filed on September 7, 2021. [Dkt. No. 101].

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a

2

USA v. HOWELL                                                    2:20-CR-45-5

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 153], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

judgment of this Court based on the R&R.  Neither Howell nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 153], provisionally **ACCEPTS** Howell's guilty plea, and **ADJUDGES** him **GUILTY** of the crime charged in Count Six of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1.   The Probation Officer shall undertake a presentence investigation of Howell, and prepare a presentence investigation report for the Court;

2.   The Government and Howell shall each provide their narrative descriptions of the offense to the Probation Officer by **December 1, 2021;**

3.   The presentence investigation report shall be disclosed to Howell, his counsel, and the Government on or before **February 1, 2022;** however, the Probation Officer shall not disclose any

3

USA v. HOWELL                                                    2:20-CR-45-5

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 153],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

sentencing recommendations made pursuant to Fed. R. Crim. P.
32(e)(3);

4.   Counsel may file written objections to the presentence
investigation report on or before **February 15, 2022;**

5.   The Office of Probation shall submit the presentence
investigation report with addendum to the Court on or before **March
1, 2022;** and

6.   Counsel may file any written sentencing memorandum or
statements and motions for departure from the Sentencing
Guidelines, including the factual basis for the same, on or before
**March 14, 2022.**

The Court further **ORDERS** that prior to sentencing, counsel
for Defendant review with him the revised Standard Probation and
Supervised Release Conditions adopted by this Court on November
29, 2016, pursuant to the standing order entered by Chief Judge
Groh, In Re: Revised Standard Probation and Supervised Release
Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Howell on
**April 14, 2022,** at **10:30 a.m.,** at the **Elkins, West Virginia** point
of holding court. If counsel anticipates having multiple witnesses
or an otherwise lengthy sentencing hearing, please notify the

USA v. HOWELL                                                    2:20-CR-45-5

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 153],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: November 17, 2021

                        /s/ Thomas S. Kleeh
                        THOMAS S. KLEEH
                        UNITED STATES DISTRICT JUDGE